JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA MONICA SEAFOOD COMPANY, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona corporation,<br><br>Defendant. | Case No. 2:19-cv-01061-CJC (RAOx)<br><br>Hon. Cormac J. Carney<br><br>**ORDER DISMISSING CASE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Notice of Dismissal and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is hereby dismissed without prejudice. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: June 18, 2019

_____
Cormac J. Carney
United States District Judge